People v Metzger
2026 NY Slip Op 03556
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
CHRISTION METZGER, DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
295 KA 23-01468
Present: Lindley, J.P., Curran, Ogden, Nowak, And Delconte, JJ.

TINA L. HARTWELL, PUBLIC DEFENDER, UTICA (DAVID A. COOKE OF COUNSEL), FOR DEFENDANT-APPELLANT.
TODD C. CARVILLE, DISTRICT ATTORNEY, UTICA (MICHAEL A. LABELLA OF COUNSEL), FOR RESPONDENT.

Appeal from a judgment of the Oneida County Court (Robert Bauer, J.), rendered March 17, 2023. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree and attempted assault in the first degree.
[*1]
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him, upon a guilty plea, of criminal possession of a weapon in the second degree (Penal Law § 265.03 [3]) and attempted assault in the first degree (§§ 110.00, 120.10 [1]). We affirm. Even assuming, arguendo, that defendant did not validly waive his right to appeal (see People v John, 244 AD3d 1782, 1782 [4th Dept 2025]; People v Reed, 244 AD3d 1815, 1815 [4th Dept 2025]; see generally People v Thomas, 34 NY3d 545, 564-566 [2019], cert denied 589 US 1302 [2020]), we conclude that defendant's sentence is not unduly harsh or severe.
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court